D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff Io Group, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>    Plaintiff,<br><br>                vs.<br><br>FIESTA CATERING, INC., A Barbados corporation, EXPERIENCED INTERNET.COM, INC., a Florida corporation, and CYTEK, LTD., a Barbados, Limited Company,<br><br>    Defendants. | **CASE NO.:  11-1851 (SC)**<br><br>**STIPULATED REQUEST TO EXTEND REPONSE DATES AND TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER** |

**WHEREAS** Fiesta Catering, Inc. and Cytek, Ltd. are foreign companies that executed Waivers of Service of Summons on May 11, 2011, rendering their answers or other responsive pleadings due ninety (90) days thereafter, or August 9, 2011;

-1-

**WHEREAS**, Experienced Internet, Inc., is a Florida corporation that executed a waiver of service of Summons rendering its answer or other responsive pleading due sixty (60) days thereafter or July 10, 2011;

**WHEREAS**, the same counsel represents Fiesta Catering, Inc., Cytek, Ltd. and Experienced Internet, Inc.;

**WHEREAS,** the parties have agreed to schedule an early mediation in advance of the Case Management Conference in an attempt to increase the likelihood of settlement;

**WHEREAS**, the Court has set the Initial Case Management Conference to be heard on July 22, 2011, a date prior to the date the foreign Defendants' answers or other responses are currently due;

**NOW THEREFORE** the Parties Stipulate to extend date upon which all Parties' answers or other responses shall become due to August 23, 2011.

The Parties further stipulate and request that the Court reset the Initial Case Management Conference for September 23, 2011 at 10:00 a.m.

Parties will file a joint Case Management Conference one week in advance of the Case Management Conference.

///

///

///

///

///

///

///

**IT IS SO STIPULATED**

Dated: *June 24, 2011*  /s/ D. Gill Sperlein

_____
D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
Attorneys for Plaintiff Io Group, Inc.

Dated: *June 24, 2011*  /s/ Jeffrey D. Feldman

_____
JEFFREY D. FELDMAN
FELDMAN GALE, PA
Attorneys for Defendants, Fiesta Catering, Inc.
Experienced Internet.com, Inc. and Cytek, Ltd.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

/s/ D. Gill Sperlein

_____
D. Gill Sperlein

[~~PROPOSED~~] **ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Date: 6/29/11

_____
THE HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge Samuel Conti*

-3-