D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California  94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff Io Group, Inc.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>    Plaintiff,<br><br>             vs.<br><br>FIESTA CATERING, INC., A Barbados corporation, EXPERIENCED INTERNET.COM, INC., a Florida corporation, and CYTEK, LTD., a Barbados, Limited Company,<br><br>    Defendants. | CASE NO.:  11-1851 (SC)<br><br>**STIPULATED REQUEST TO EXTEND REPONSE DATES AND TO RESCHEDULE THE CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER** |

**WHEREAS,** the parties participated in a pre-mediation teleconference and have scheduled an early mediation of this matter to occur on October 17 through October 18, 2011 before Mediator Beth H. Parker;

-1-

**WHEREAS,** the parties would also like to avoid incurring unnecessary costs in advance of such mediation;

**WHEREAS,** the Defendants' response to the Complaint is currently due on August 23, 2011 (having been previously moved from August 9, 2011, D.E.# 20);

**WHEREAS**, the Initial Case Management Conference is currently set to be heard on September 23, 2011 (having been once previously moved from July 22, 2011, D.E.# 20);

**WHEREAS,** in an attempt to increase the likelihood of settlement, the parties desire the mediation to occur prior to the Case Management Conference and the Defendants' response to the Complaint;

///

///

///

///

///

///

///

///

**NOW, THEREFORE,** the Parties **STIPULATE** to extend the date upon which all Parties' answers or other responses shall become due to November 9, 2011.

The Parties further stipulate and request that the Court reset the Initial Case Management Conference for December 9, 2011 at 10:00 a.m.

The Parties will file a Joint Case Management Conference Report one week in advance of the Case Management Conference (December 2, 2011).

**IT IS SO STIPULATED**

Dated: *August 12, 2011*              /s/ D. Gill Sperlein

                                      _____
                                      D. GILL SPERLEIN
                                      THE LAW OFFICE OF D. GILL SPERLEIN
                                      Attorneys for Plaintiff Io Group, Inc.


Dated: *August 12, 2011*              /s/  Jeffrey D. Feldman

                                      _____
                                      JEFFREY D. FELDMAN
                                      FELDMAN GALE, PA
                                      Attorneys for Defendants, Fiesta Catering, Inc.
                                      Experienced Internet.com, Inc. and Cytek, Ltd.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

                                      */s/ D. Gill Sperlein*

                                      _____
                                      D. Gill Sperlein


**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Date: ___8/22/11_____        _____
                                      THE HONORABLE SAMUEL CONTI
                                      UNITED STATES DISTRICT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Samuel Conti]