D. GILL SPERLEIN (172887)
THE LAW OFFICE OF D. GILL SPERLEIN
584 Castro Street, Suite 879
San Francisco, California 94114
Telephone: (415) 404-6615
Facsimile: (415) 404-6616
gill@sperleinlaw.com

Attorneys for Plaintiff Io Group, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation, | ) ) ) **CASE NO.: 11-1851 (SC)** |
| Plaintiff, | ) ) **STIPULATED REQUEST TO DISMISS** |
| vs. | ) **MATTER WITH PREJUDICE WITH THE** ) **COURT RETAINING JURISDICTION TO** |
| | ) **ENFORCE TERMS OF SETTLMENT** ) **AGREEMENT; and [~~PROPOSED~~] ORDER** |
| FIESTA CATERING, INC., A Barbados | ) |
| corporation, EXPERIENCED | ) ) |
| INTERNET.COM, INC., a Florida | ) |
| corporation, and CYTEK, LTD., a | ) ) |
| Barbados, Limited Company, | ) |
| Defendants. | ) ) |

WHEREAS, the parties have reached a confidential settlement agreement and release of claims resolving the claims set forth in the Complaint in this matter;

WHEREAS, the parties stipulate to the dismissal of this action with prejudice; and

WHEREAS, the parties desire that the Court retain jurisdiction for the sole purpose of enforcing the terms of the settlement agreement;

-1-

**NOW, THEREFORE,** the Parties **STIPULATE** to dismiss this matter with prejudice and request that the Court retain jurisdiction for the purpose of enforcing the terms of the settlement agreement.

**IT IS SO STIPULATED**

Dated: *October 24, 2011*                          /s/ D. Gill Sperlein

_____

D. GILL SPERLEIN
THE LAW OFFICE OF D. GILL SPERLEIN
Attorneys for Plaintiff Io Group, Inc.

Dated: *October 24, 2011*                          /s/  Susan J. Latham

SUSAN J. LATHAM
FELDMAN GALE, PA
Attorneys for Defendants, Fiesta Catering, Inc.
Experienced Internet.com, Inc. and Cytek, Ltd.

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

*/s/ D. Gill Sperlein*

_____

D. Gill Sperlein

[PROPOSED] ORDER

**PURSUANT TO STIPULATION IT IS SO ORDERED**

Date: ___10/27/11_____

_____
THE HONORABLE
UNITED                                    GE

IT IS SO ORDERED
Judge Samuel Conti

-2-